MAX SCHACHTER and Another, Appellants, v. HYMAN KATZ, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

SALVATORE SCIASSCIA, Appellant, v. FREDBURN CONSTRUCTION CORPORATION and Others, Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

PEARL SECKLIR, Appellant, v. JAMES C. PENNEY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

ALFRED ALLEN, Respondent, v. MAUDE BARTOW, Appellant, and Another, Defendant.— Action for the removal of certain encroachments erected by the defendant upon land claimed to be owned by the plaintiff and for damages therefor. Order striking out two complete defenses, a partial defense, and dismissing the counterclaim against plaintiff in the answer of defendant Bartow affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

AMBASSADOR STUDIOS, INC., Appellant, v. FLORENCE RUTHERIG, Doing Business as A. R. LAUNDRY, Respondent.— In an action to recover upon a written contract for advertising, order of the County Court of Suffolk county affirming a judgment of the justice of the peace of the town of Babylon, which judgment dismissed plaintiff's complaint, and judgment entered on said order reversed on the law and the facts, judgment of the justice of the peace vacated, and judgment for seventy dollars directed for the plaintiff, with costs in all courts. The contract was for thirteen weeks, at a total cost of twenty-one dollars, payable seven dollars a month. The contract contained a provision for its renewal for fifty-two weeks unless one month before the expiration of the term either party shall give the other notice, in writing, by registered mail, of intention to terminate upon the expiration date. Defendant did not give such notice and it appears she paid two monthly instalments after the expiration of the original term. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

FREDA S. AMERLING, Respondent, v. PAUL AMERLING, Appellant.— Action by wife for separation on ground of abandonment and nonsupport. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.

ETHEL K. BENNETT and Another, Respondents, v. CRESCENT ATHLETIC-HAMILTON CLUB, Appellant.— Appeal from a judgment in favor of plaintiff wife for personal injuries sustained by her while a guest at a dinner at defendant's clubhouse on December 12, 1931, and in favor of plaintiff husband for hospital and other expenses and loss of services. Both bones of the plaintiff wife's right leg above the ankle were broken when her foot caught in a curled-up rug on the floor. Judgment in favor of plaintiffs unanimously affirmed, with costs, pursuant to the provisions of section 106 of the Civil Practice Act. No opinion. Present — Lazansky, P. J., Young, Carswell and Tompkins, JJ.